Brian Pierre RHODES *v.* STATE of Arkansas

CR 04-807                                                    190 S.W.3d 907

Supreme Court of Arkansas
Opinion delivered September 9, 2004

*Brian Trubitt*, for appellant.

No response.

PER CURIAM. Brian Pierre Rhodes, by and through his attorney, has filed a motion for a rule on the clerk. His attorney, Brian Trubitt, admits in his motion that the record was tendered one day late due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) *(per curiam)*.

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.